1          UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3                    * * *

4    RANDAL DAVID PENNS,                          Case No. 2:24-cv-01230-EJY

5         Plaintiff,

6     v.                                          **ORDER**

7    MARTIN O'MALLEY,
     Commissioner of Social Security,

8
          Defendant.
9

10          Before the Court is Plaintiff's Application for Leave to Proceed *in forma pauperis*. ECF No.

11   1.  Plaintiff challenges the Social Security Administration's denial of Social Security Disability

12   Insurance benefits.

13          Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to

14   prepay fees and costs or give security for them.  Plaintiff's request to proceed *in forma pauperis* is

15   granted.

16          Effective December 1, 2022, the Federal Rules of Civil Practice were amended to add

17   Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) except to the extent that

18   they are inconsistent with the Supplemental SSA Rules.  The highlights of the new Supplemental

19   Rules are as follows:

20          • Outlines specific information that must be included in the complaint;

21          • Eliminates the need for service under Fed. R. Civ. P. 4, and provides for electronic

22            service on the Commissioner of Social Security by Notice of Electronic Filing sent

23            to the SSA's Office of General Counsel and the United States Attorney Office for the

24            district where the action is filed;

25          • Provides that the administrative record may serve as the answer to the complaint and

26            shall be filed within 60 days of the receipt of notice of the action; and

27

28

1    • Provides a briefing schedule for the plaintiff's brief (30 days after answer),

2    Commissioner's brief (30 days after plaintiff's brief) and plaintiff's reply brief (14

3    days after Commissioner's brief).

4    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Leave to Proceed

5 *in forma pauperis* (ECF No. 1) is GRANTED.

6    IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) will proceed against

7 Defendant.

8    IT IS FURTHER ORDERED that the Clerk of the Court must detach and file Plaintiff's

9 Complaint (ECF No. 1-1).

10    IT IS FURTHER ORDERED that Plaintiff shall familiarize himself with the Supplemental

11 Rules for Social Security Actions Under 42 U.S.C. § 405(g) found in the Federal Civil Judicial

12 Procedure and Rules 2022 Revised Edition. As stated above, these Rules pertain to service (Rule

13 3), the answer, motions and timing (Rule 4), and the motion, response and reply brief (Rules 6

14 through 8).

15    DATED this 9th day of July, 2024.

16

17    _____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2